**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KERMIT DEARMAN,

                Plaintiff,

vs.

RANGEWATER REAL ESTATE LLC,

                Defendant.

CIVIL ACTION FILE

NO. 1:25-CV-2673-SEG

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice as to Plaintiff's federal Fair Housing Act claims. Plaintiff's state-law claims are **DISMISSED** without prejudice.

Dated at Atlanta, Georgia, this 17th day of February, 2026.

                KEVIN P. WEIMER
                CLERK OF COURT


        By:  s/M. Gonzalez
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 17, 2026
Kevin P. Weimer
Clerk of Court

By: s/M. Gonzalez
      Deputy Clerk